WHEELER *v.* ATLANTIC COAST LINE RAILROAD COMPANY *et al.*

GEORGE, J. This case is controlled by the rulings made in *Robinson* v. *Central of Georgia Railway Company, ante,* 41 (102 S. E. 532).
*All the Justices concur, except Gilbert, J., absent for providential cause.*
No. 1645. APRIL 14, 1920.
Questions certified by Court of Appeals (Case No. 10179).
*Titus, Dekle & Hopkins,* for plaintiff.
*Bennet & Branch* and *Merrill & Grantham,* for defendants.